**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELFEGO LOPEZ GARZON, | No. 07-74350 |
| Petitioner, | Agency No. A075-318-977 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 16, 2010[**]

Before:    SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Elfego Lopez Garzon, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' ("BIA") order denying his motion to reopen.

We have jurisdiction pursuant to 8 U.S.C. § 1252.  We review for abuse of

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

TL/Research

discretion the denial of a motion to reopen. *Franco-Rosendo v. Gonzales*, 454 F.3d 965, 966 (9th Cir. 2006). We grant the petition for review and remand.

The BIA abused its discretion when it denied Lopez Garzon's motion to reopen because it failed to properly consider evidence of the future hardship resulting from his U.S. citizen son's diagnosis of ocular neuritis and his permanent loss of vision in his left eye. *See id.*

**PETITION FOR REVIEW GRANTED; REMANDED.**